## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| Barbara Doherty (by and through Her legal guardian Nancy Morris), | : | Case No. 3: 04-CV-408 |
| | : | Judge Thomas M. Rose |
| Plaintiff, | : | |
| v. | : | **STIPULATED DISMISSAL ENTRY** |
| Pabst Brewing Company Retiree Health and Welfare Benefit Plan, et al., | : | **WITH PREJUDICE** |
| Defendants. | : | |

Pursuant to a Settlement Agreement and Mutual Release entered into by the parties to this action, and by the stipulation of the parties shown by counsels' signatures below, it is hereby ORDERED that all claims asserted by Plaintiff Barbara Doherty (by and through her legal guardian, Nancy Morris) against Defendants Pabst Brewing Company and Pabst Brewing Company Retiree Health and Welfare Benefit Plan are dismissed, with prejudice, and each party shall pay its own fees and costs.

_____
United States District Judge

2

APPROVED AND STIPULATED:


 /s/  Patrick H. Haggerty
Andrew J. Gottman (0071600)
Patrick H. Haggerty (0075715)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
One S. Main St., Suite 1600
Dayton, Ohio 45402
Telephone:     (937) 449-6790
Facsimile:     (937) 449-6820
E-mail:        agottman@porterwright.com

Attorneys for Plaintiff



 /s/  Charles P. Stevens per telephone authorization of 8/3/05
Charles P. Stevens, Esq.
Michael Best & Friedrich LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202
Telephone:     (414) 225-8268
Facsimile:     (414) 277-0656
E-mail:        cpstevens@michaelbest.com

Attorney for Defendants

2